UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS LOPEZ NUNEZ,<br><br>                      Petitioner,<br><br>v.<br><br>MARTIN GAMBOA, Warden,<br><br>                      Respondent. | Case No.: 21cv2046-CAB-AGS<br><br>**ORDER GRANTING PETITIONER'S MOTION TO LIFT THE STAY [Doc. No. 16]** |

On December 6, 2021, Petitioner Isaias Lopez Nunez ("Petitioner"), a state prisoner proceeding pro se and in forma pauperis, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, [Doc. No. 1.] On December 6, 2021, Petitioner also filed a motion for stay and abeyance. [Doc. No. 3.]

On May 13, 2022, Magistrate Judge Andrew G. Schopler issued a Report and Recommendation ("Report"), recommending that the Court **GRANT** Petitioner's motion for stay and abeyance. [Doc. No. 10.] On June 7, 2022, this Court issued an order adopting the Report and granting Petitioner's motion for a *King*[1] stay. [Doc. No. 11.]

---

[1] *King v. Ryan*, 564 F.3d 1133 (9th Cir. 2009).

1

On October 24, 2022, Petitioner filed a motion requesting that the stay be lifted because he has now exhausted all of his claims with the California Supreme Court. [Doc. No. 16.]

Accordingly, Petitioner's motion to lift the stay is **HEREBY GRANTED**.

**IT IS SO ORDERED**.

Dated: October 28, 2022

Hon. Cathy Ann Bencivengo
United States District Judge